**LEWIS BRISBOIS BISGAARD & SMITH LLP**  JS-6
JAMES A. GEOCARIS, SB# 65904
 E-Mail: geocaris@lbbslaw.com
KARA E. GRANOWITZ, SB# 252825
 E-Mail: granowitz@lbbslaw.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Plaintiff INDUSTRY URBAN-DEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INDUSTRY URBAN-DEVELOPMENT AGENCY, a California redevelopment agency,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. CV08-5374 VBF (CTx)<br>[Honorable Valerie Baker Fairbank]<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL ON STIPULATION UNDER FED. R. CIV. P. § 41(a)(2)<br><br>Courtroom: 9<br>Complaint Filed: May 20, 2008<br>Trial Date: May 20, 2010 |

The Stipulation and Request of All Parties for Dismissal of this Action Pursuant to FED. R. CIV. P. § 41(a)(2) having come before this Court, and good cause appearing for dismissing this action on the terms requested by the parties based on, among other things, their having agreed to settlement of this action,

IT IS HEREBY ORDERED THAT:

1. This action is dismissed in its entirety with prejudice as to all parties.
2. Each party shall bear its own legal fees and costs.

3.  This Court retains jurisdiction of this action for purposes of interpreting and enforcing the settlement agreement among the parties.

DATED: April 21, 2010

*Valerie Baker Fairbank*
United States District Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW